s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-

| | | |
|---|---|---|
| Scholz Design, Inc., | : | Case No. 4-07-111 GTE |
| Plaintiff, | : | (Hon. J. Thomas Eisele) |
| vs. | : | |
| Randy Ferguson, et al., | : | **STIPULATED ORDER OF** |
| Defendants. | : | **DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY ALL PARTIES** |
| | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-

Pursuant to Rule 41(a)(1)(ii), all parties to this case stipulate that the Complaint is hereby dismissed with prejudice, with each party to pay its own court costs.

IT IS SO ORDERED.

/s/Garnett Thomas Eisele _____
UNITED STATES DISTRICT JUDGE


Agreed to as to form and content:

/s/ James L. Rogers _____
James L. Rogers, Esq.
Attorney for Plaintiff

/s/ Joseph R. Falasco _____
Joseph R. Falasco, Esq.
Attorney for Defendants